**Order filed December 1, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00303-CV

_____

## STEVE VAN HORNE, Appellant

## V.

## TAYLOR COUNTY, PRECINCT 1, PLACE 2, COURT, et al., Appellees

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 12749-D**

## O R D E R

Appellant, Steve Van Horne, filed a pro se notice of appeal from the trial court's October 5, 2022 Order on Motion to Dismiss. After this appeal was docketed, we informed Appellant that it did not appear that the order from which Appellant attempted to appeal was a final, appealable order, and we requested that Appellant provide this court with a response showing grounds to continue this appeal. *See* TEX. R. APP. P. 42.3.

Appellant filed a response in which he indicated that he did not understand why the trial court's order would not be final. Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A judgment is final and appealable if it disposes of *all parties* and *all claims* in the case. *Lehmann*, 39 S.W.3d at 195. The order that Appellant attempts to appeal does not state that it is a final or appealable order, nor does it dispose of all parties—specifically Appellant's claims against defendant Tracy Kirtland. Accordingly, we have determined that an abatement is appropriate at this time to allow Appellant time to obtain a judgment that disposes of his claims against Kirtland. *See* TEX. R. APP. P. 27.2.

We abate this appeal—pursuant to Rule 27.2 of the Texas Rules of Appellate Procedure—to permit the parties to obtain a final, appealable order or judgment. If a final, appealable order or judgment has not been entered by February 14, 2023, we may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment is entered before that date, the parties are ordered to notify this court immediately.

The appeal is abated.

PER CURIAM

December 1, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.